Corinna Spencer-Scheurich, OSB #130147
corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029
Attorney for Plaintiff

Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Black Helterline LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RAINO HILL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FERY ASSOCIATES, LLC, an Oregon limited liability company, dba GOLD STAR TRANSPORT, and DONNA SMITH, an individual,<br><br>　　　　　　Defendants. | Case No. 6:15-cv-1649-AA<br><br>STIPULATED FINAL JUDGMENT |

Based on agreement by the Parties to this action, IT IS ORDERED that Plaintiff

Raino Hill be awarded $25,000 against Defendant Fery Associates, LLC. It is FURTHER

Page 1 – **STIPULATED FINAL JUDGMENT**

ORDERED that Plaintiff's case against Defendant Donna Smith, as an individual, be dismissed pursuant to her discharge in bankruptcy.

Dated this 6th day of November, 2018

_____
Ann Aiken
United States District Court Judge

IT IS SO STIPULATED:

By *s/ Corinna Spencer-Scheurich*
Corinna Spencer-Scheurich, OSB #130147
Northwest Workers' Justice Project
Of Attorneys for Plaintiff

By *s/ Britta E. Warren*
Britta E. Warren, OSB #065441
Black Helterline LLP
Of Attorneys for Defendants

Page 2 – **STIPULATED FINAL JUDGMENT**